CLARE GOODMAN and JOSEPH C. GOODMAN, Appellants, v. ALFRED C. PRENTICE, Respondent.— Order unanimously reversed and the motion granted upon condition that the plaintiffs herein file a surety company bond to secure any judgment recovered by the plaintiff in the City Court action, and that the plaintiff in such action be given the right to open and close in the consolidated action. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of VINCENT FOUNDATION CORPORATION, Respondent, to Compel Arbitration by MACSHER REALTY CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

JULIUS L. NEIDLE and MAX TAYLOR, Copartners under the Firm Name and Style of NEIDLE & TAYLOR, Respondents, v. MANUFACTURERS TRUST COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

LEONARD G. HAGNER, as Receiver of NATIONAL ASSETS CORPORATION, Appellant, v. FRANK WHITE and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondents Woodruff, Pell, Wirbelauer and Stadtlander, and Luther Martin, Jr. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

SUZANNE POPART, Respondent, v. ROBERT POPART, Appellant.— Order unanimously modified by reducing alimony to be paid to plaintiff for her support to the sum of eight dollars per week, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

SARAH KEVITZ, Appellant, v. LOUIS KEVITZ, Respondent.— Order so far as appealed from unimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

B. SPILIADIS & Co., INC., Appellant, v. IRVING TRUST COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

JACOB SIEGEL COMPANY, Appellant, v. FORSTMANN WOOLEN Co., INC., and JULIUS FORSTMANN & Co., INC., Respondents.— Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

HUGH E. GITTINS, Appellant, v. ROCKWOOD HALL, INC., Defendant. GEORGE R. COUGHLAN and THOMAS M. RUSSELL, Attorneys for Defendant Rockwood Hall, Inc., and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.